OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS, 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 AUG. 06. 2015

7/29/2015
JOHNSON, BRANDON CHRISTOPHER    Tr. Ct. No. C-213-010487-1396060-A
WR-83,524-01

The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 S.W.3d 452  (Tex. Crim. App. 2010).

RTS
Discharged    Abel Acosta, Clerk
NMR

RETURNED TO SENDER

MOVED, LEFT NO ADDRESS
Do not remail in this envelope

BRANDON CHRISTOPHER JOHNSON
HUTCHINS UNIT - TDC # 1987644
1500 E. LANGDON RD.
DALLAS, TX 75241